JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE MANNING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF SUPERVISORS, et al.,<br><br>　　　　Defendants. | Case No. CV 21-3575 DSF (MRW)<br><br>**ORDER: (A) ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; AND (B) DISMISSING ACTION** |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that the action be dismissed without leave to amend.

DATE: September 23, 2022

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2